WEINSTEIN v. INTERNATIONAL GAS & ELECTRIC FIXTURE CO.

(Supreme Court, Appellate Term. June 29, 1911.)

COURTS (§ 189*)—SUBMISSION OF CASE—DETERMINATION—TIME—LOSS OF JURISDICTION.

Where an action was tried and submitted to a Municipal Court in the city of New York on March 6, 1911, and judgment was not rendered within 14 days, the court lost jurisdiction to render judgment, in the absence of stipulation extending the time for decision.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 189.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Louis Weinstein against the International Gas & Electric Fixture Company. From a judgment for defendant, plaintiff appeals. Reversed, and new trial ordered.

Argued before SEABURY, GUY, and BIJUR, JJ.

Davis & Mansfield, for appellant.

PER CURIAM. This action was tried and submitted to the court on March 6, 1911. No stipulation extending the time of the justice in which to render his decision was made. The judgment was rendered on March 23, 1911, more than 14 days after the final submission. The court having lost jurisdiction to render a judgment, it must be reversed.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes